JOSEPH P. HUNT
Assistant Attorney General

**ORIGINAL**

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorneys

**FILED**

JAN 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6748
neill.tseng@usdoj.gov

ANDY J. MAO
MICHAEL E. SHAHEEN
Attorneys, Civil Division
United States Department of Justice

Ben Franklin Station, Box 261
Washington, D.C.  20044
Telephone:  (202) 353-0506
e-mail:  Michael E. Shaheen@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNDER SEAL, | CASE NO. C 16-2043 TSH |
| Plaintiffs, | **UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |
| v. | |
| UNDER SEAL, | **FILED UNDER SEAL** |
| Defendants. | |

1  JOSEPH H. HUNT
   Assistant Attorney General
2
3  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
4  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
5  NEILL T. TSENG (CABN 220348)
   Assistant United States Attorney
6
7        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
         Telephone: (415) 436-7155
8        FAX: (415) 436-6748
         neill.tseng@usdoj.gov
9
   ANDY J. MAO
10 MICHAEL E. SHAHEEN
   Attorneys, Civil Division
11 United States Department of Justice
12       Ben Franklin Station, Box 261
         Washington, D.C. 20044
13       Telephone: (202) 353-0506
         e-mail: Michael.E.Shaheen@usdoj.gov
14
   Attorneys for the United States of America
15
                 UNITED STATES DISTRICT COURT
16
               NORTHERN DISTRICT OF CALIFORNIA
17
                    SAN FRANCISCO DIVISION
18
   UNITED STATES OF AMERICA; STATE      )   CASE NO. C 16-2043 TSH
19 OF CALIFORNIA; ex rel. STF, LLC, an  )
   organization,                        )   **UNITED STATES' NOTICE**
20                                       )   **OF ELECTION TO DECLINE**
                  Plaintiffs,            )   **INTERVENTION**
21                                       )
           v.                            )
22                                       )   **FILED UNDER SEAL**
   CRESCENDO BIOSCIENCE, INC., a         )
23 Delaware Corporation; and MYRIAD      )
   GENETICS, INC., a Delaware Corporation,)
24                                       )
                  Defendants.            )
25 _____)
26
27
28

   UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
   C 16-2043 TSH                          1

1    Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies

2  the Court of its decision not to intervene in this action.

3    Although the United States declines to intervene, we respectfully refer the Court to 31

4  U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United

5  States; providing, however, that the "action may be dismissed only if the court and the Attorney

6  General give written consent to the dismissal and their reasons for consenting." *Id.* The United

7  States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the

8  United States has the right only to a hearing when it objects to a settlement or dismissal of the

9  action. *U.S. ex rel. Green v. Northrop Corp.,* 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel.*

10  *Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United

11  States requests that, should either the relator or the defendants propose that this action be

12  dismissed, settled, or otherwise discontinued, this Court provide the United States with an

13  opportunity to be heard before ruling or granting its approval.

14    Furthermore, 31 U.S.C. § 3730(c)(3) permits the Government to be served with copies of

15  all pleadings filed in the action. Accordingly, the undersigned Government counsel will file a

16  Notice of Appearance for the purpose of receiving ECF notifications of filings in this case. The

17  United States reserves its right to order any deposition transcripts and to intervene in this action,

18  for good cause, at a later date. The United States also reserves its right to seek the dismissal of

19  the relator's action or claim pursuant to 31 U.S.C. § 3730(c)(2)(A), and to request a stay of

20  discovery pursuant to 31 U.S.C. § 3730(c)(4).

21    The United States is not requesting that the Court unseal any documents on file in this

22  action at this time because the deadline for the State of California to inform the Court of its

23  decision whether to intervene in this matter is not until February 20, 2020.

24  //

25  //

26  //

27  //

28  //

UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
C 16-2043 TSH                                        2

1

Respectfully submitted,

2

DATED: January 22, 2020

3

JOSEPH H. HUNT
Assistant Attorney General

4

DAVID L. ANDERSON
United States Attorney

5

6

NEILL T. TSENG
Assistant United States Attorney

7

8

ANDY J. MAO
MICHAEL E. SHAHEEN
Attorneys, Civil Division

9

10

Attorneys for the United States of America

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
C 16-2043 TSH                                    3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on December 11, 2018, she caused a copy of the following documents:

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION (UNDER SEAL)**

to be served upon each of the persons indicated below at the address(es) shown:

Jennifer Gregory
Deputy Attorney General
California Department of Justice
2329 Gateway Oaks Drive, Suite 200
Sacramento, California 95833

Niall P. McCarthy, Esq.
Justin T. Berger
Cotchett, Pitre & McCarthy LLP
840 Malcom Road
Burlingame, CA 94010

✓ _____ **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **CERTIFIED MAIL (#)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____ **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____ **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above

_____ **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 22, 2020 at San Francisco, California

KATHY TERRY
Supervisory Legal Assistant