1  **XAVIER BECERRA**
   Attorney General of California
2  GERALD A. ENGLER
   Chief Assistant Attorney General
3  SARALYN M. ANG-OLSON
   Senior Assistant Attorney General
4  VINCENT DICARLO
   Supervising Deputy Attorney General
5  JENNIFER S. GREGORY, State Bar No. 228593
   Deputy Attorney General
6  2329 Gateway Oaks Drive, Suite 200
   Sacramento, CA 95833
7  Telephone: (916) 621-1823
   Fax: (916) 274-2929
8  E-mail: Jennifer.Gregory@doj.ca.gov

9  *Attorneys for Plaintiff State of California*

FILED
JAN 27 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CRESCENDO BIOSCIENCE, INC., a Delaware corporation; and MYRIAD GENETICS, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 16-2043 TSH<br><br>**STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION**<br><br>**FILED UNDER SEAL** |

Pursuant to the California False Claims Act, Government Code section 12652, subdivision (c)(6)(B), the STATE OF CALIFORNIA ("California"), by and through its counsel, Xavier Becerra, Attorney General, and Jennifer S. Gregory, Deputy Attorney General, respectfully notifies the Court of its decision to decline intervention in the above-captioned action.

Although California declines to intervene, California requests that should either the *qui tam* Plaintiff or any of the Defendants propose that this action be dismissed, settled, or otherwise

---
1
**STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION**

discontinued, this Court solicit California's written consent before ruling or granting its approval.

Pursuant to Government Code section 12652(f)(1), California also requests that, should this case continue, the parties serve copies of all pleadings, motions, and appeals subsequently filed in this action upon California, and California further reserves the right to order any deposition transcripts, to intervene in the action for good cause shown at a later date, and/or to seek the dismissal of the *qui tam* Plaintiff's action or claims. California also requests that it be served with all notices of appeal.

Finally, California requests the *qui tam* Plaintiff's Complaint, any amended Complaints, this Notice, and the attached proposed Order be unsealed. California also requests that all other materials in the Court's file (including, but not limited to, any hearing transcripts, applications for an extension of time in which to intervene or for any other reason) remain under seal and not be made public or served on *qui tam* Plaintiff or Defendants because, in discussing the content and extent of the California's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

Dated: January 24, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

JENNIFER S. GREGORY
Deputy Attorney General
*Attorneys for Plaintiff State of California*

---

2
**STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION**