UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CRESCENDO BIOSCIENCE, INC., et al.,<br><br>Defendants. | Case No. 16-cv-02043-TSH<br><br>**ORDER RE: NOTICE OF ELECTION TO DECLINE INTERVENTION** |

The United States of America and the State of California, having declined to intervene in this False Claims Act action, the Court **ORDERS** as follows:

1. The Complaint, First Amended Complaint and summons shall be unsealed and served upon Defendants by the relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants, except for the following documents: (1)the April 19, 2016 Case Scheduling Order; (2) the United States' Notice of Election to Decline Intervention; (3) California's Notice of Election to Decline Intervention; and (4) this Order, which are hereby unsealed. The relator shall serve these documents upon the Defendants after service of the complaint.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. If they have not already done so, counsel for the United States and California shall file a notice of appearance for the purpose of receiving ECF notifications of filings in this case. All filings shall continue to be served on the United States and California.

4. The United States and California may order any deposition transcripts, intervene at

a later date for good cause shown, or move to dismiss the relator's complaint or claims.

5. Should the relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and California with notice and an opportunity to be heard before ruling or granting its approval.

6. Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before Magistrate Judge Thomas S. Hixson on May 14, 2020 at 10:00 a.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by <u>lead</u> trial counsel. Parties who are not represented by counsel must appear personally. By May 7, 2020, the parties shall file a joint case management statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/tshorders. The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms. If the statement is e-filed, no chambers copy is required.

**IT IS SO ORDERED.**

Dated: January 30, 2020

THOMAS S. HIXSON
United States Magistrate Judge