UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. STF, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CRESCENDO BIOSCIENCE, INC., et al.,<br><br>Defendants. | Case No. 16-cv-02043-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 71 |

Given the anticipated subjects of discovery, the Court agrees with Defendants that a two-tiered protective order is appropriate, with one tier for "Confidential" information and the other tier for "Highly Confidential – Attorneys' Eyes Only" information.

**IT IS SO ORDERED.**

Dated: July 9, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge