NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
MALLORY A. BARR (SBN 317231)
mbarr@cpmlegal.com
KELSEY J. MOE (SBN 328815)
kmoe@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CRESCENDO BIOSCIENCE, INC., a Delaware corporation; and MYRIAD GENETICS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:16-cv-02043-TSH<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL OF JOSEPH M. ALIOTO JR. FOR RELATOR STF, LLC** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT as of July 13, 2020, Joseph M. Alioto Jr. is no longer an attorney at this firm and is hereby withdrawn as counsel for Relator STF, LLC. Mr. Alioto should be removed from the Court's service list with respect to this action. The law firm of Cotchett, Pitre & McCarthy, LLP should continue to be reflected as counsel for Relator STF, LLC, and all future correspondence and papers in this action should continue to be directed to Niall P. McCarthy, Justin T. Berger, Mallory A. Barr and Kelsey J. Moe.

DATED: July 13, 2020

/s/ Mallory A. Barr
_____
MALLORY A. BARR

**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  650-697-6000
Facsimile:   650-697-0577
tprevost@cpmlegal.com

*Attorney for Relator STF, LLC*