1  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
2  BETHANY M. HILL (SBN 326358)
   bhill@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
4  840 Malcolm Road
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA *ex rel*. STF, LLC, an organization; STATE OF CALIFORNIA *ex rel*. STF, LLC, an organization, | CASE NO. 3:16-cv-02043-TSH |
|---|---|
| Plaintiffs, | AMENDED **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT DEADLINES** |
| v. | |
| CRESCENDO BIOSCIENCE, INC., a Delaware corporation; and MYRIAD GENETICS, INC., a Delaware corporation, | |
| Defendant. | |

**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT DEADLINES; CASE NO. 3:16-cv-02043-TSH**

The Parties, by and through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order to modify the Case Management Deadlines as follows:

WHEREAS, Parties have been actively meeting and conferring on discovery proceedings;

WHEREAS, scheduling of certain depositions and other discovery proceedings has been delayed due to COVID-19;

WHEREAS, Parties agree that an extension of the closing of fact discovery deadline would facilitate resolution of the case;

WHEREAS, in order to accommodate an extension for the Close of Fact Discovery, it will also be necessary to extend following dates in the Case Management Schedule;

WHEREAS, no further modifications to the Case Management Schedule are anticipated;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT THE PRE-TRIAL AND TRIAL SCHEDULE BE MODIFIED AS FOLLOWS**, subject to Court approval:

| Event | Old Date | New Date |
|---|---|---|
| Close of Fact Discovery | 1/15/2021 | 3/15/2021 |
| Disclosure of Expert Witnesses | 2/11/2021 | 4/12/2021 |
| Disclosure of Rebuttal Expert Witnesses | 3/11/2021 | 5/12/2021 |
| Close of Expert Discovery | 4/8/2021 | 6/9/2021 |
| Deadline to File Dispositive Motions | 5/6/2021 | 7/7/2021 |
| Hearing on Dispositive Motions | 6/10/2021 | 8/11/2021 |
| Exchange of Pretrial Disclosures | 8/11/2021 | 10/12/2021 |
| Deadline to File Pretrial States, Motions in Limine and Related Documents | 8/26/2021 | 10/27/2021 |
| Deadline to File Oppositions to Motions in Limine | 9/2/2021 | 11/3/2021 |
| Pretrial Conference | 9/16/2021 | 11/17/2021 |
| Final Pretrial Conference | 10/14/2021 | 12/15/2021 |
| Jury Trial | 10/25/2021 | 1/10/2022 |

**IT IS SO STIPULATED.**

Dated: December 9, 2020          **COTCHETT, PITRE & McCARTHY, LLP**

By: ___/s/ Bethan M. Hill_____
        JUSTIN T. BERGER
        BETHANY M. HILL

*Attorneys for Relator STF, LLC*

Dated: December 9, 2020   **FOLEY HOAG LLP**

By:   */s/ Caroline Donovan*
         CAROLINE DONOVAN
         GISELLE J. JOFFRE
         JOANNA MCDONOUGH

**GREENBERG TRAURIG, LLP**
         CAROLYN F. McNIVEN
         JEREMY P. PALMER
         BRIAN Q. HALL

*Attorneys for Defendants Crescendo Bioscience, Inc. and Myriad Genetics, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Bethany M. Hill, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December, 2020, at Burlingame, California.

                                */s/ Bethany M. Hill*
                                BETHANY M. HILL

AMENDED
# [PROPOSED] ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED THAT THE PRE-TRIAL AND TRIAL SCHEDULE BE MODIFIED AS FOLLOWS**:

| Event | Old Date | New Date |
|---|---|---|
| Close of Fact Discovery | 1/15/2021 | 3/15/2021 |
| Disclosure of Expert Witnesses | 2/11/2021 | 4/12/2021 |
| Disclosure of Rebuttal Expert Witnesses | 3/11/2021 | 5/12/2021 |
| Close of Expert Discovery | 4/8/2021 | 6/9/2021 |
| Deadline to File Dispositive Motions | 5/6/2021 | 7/7/2021 |
| Hearing on Dispositive Motions | 6/10/2021 | 8/12/2021 |
| Exchange of Pretrial Disclosures | 8/11/2021 | 10/12/2021 |
| Deadline to File Pretrial States, Motions in Limine and Related Documents | 8/26/2021 | 10/27/2021 |
| Deadline to File Oppositions to Motions in Limine | 9/2/2021 | 11/3/2021 |
| Pretrial Conference | 9/16/2021 | 11/18/2021 |
| Final Pretrial Conference | 10/14/2021 | 12/16/2021 |
| Jury Trial | 10/25/2021 | 1/10/2022 |

**IT IS SO ORDERED.**

Dated: 12/10/2020

HON. THOMAS S. HIXSON