# EXHIBIT 2

# Donovan, Caroline

| | |
|---|---|
| **From:** | Bethany M. Hill <BHill@cpmlegal.com> |
| **Sent:** | Monday, December 14, 2020 10:08 PM |
| **To:** | Donovan, Caroline; McDonough, Joanna |
| **Cc:** | Justin Berger; Sarah OFarrell; Francisco Vazquez |
| **Subject:** | RE: STF/Crescendo: Call Recap |
| **Attachments:** | Crescendo_Privilege_Log.pdf |

**\*\*EXTERNAL\*\***

Caroline,

Attached is a privilege log, which logs the responsive documents to Crescendo's RFPs, all of which have been produced. We decided to revert to a regular, as opposed to a categorical, privilege log. For certain of the categories, there were simply no documents to log. Others were overly cumbersome.

Best,
Bethany

**Bethany Hill (Bio)**
**Attorney**
**COTCHETT PITRE & McCARTHY LLP**
**A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK**
840 Malcolm Road | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 697-0577 | bhill@cpmlegal.com

**CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

**From:** Donovan, Caroline
**Sent:** Monday, December 14, 2020 1:25 PM
**To:** Bethany M. Hill ; McDonough, Joanna
**Cc:** Justin Berger ; Sarah OFarrell ; Francisco Vazquez
**Subject:** RE: STF/Crescendo: Call Recap

Hi Bethany, I am just confirming that we will receive STF's privilege log by tomorrow, in advance of Chris Riedel's deposition on Wednesday?

Best, Caroline

**From:** Bethany M. Hill <BHill@cpmlegal.com>
**Sent:** Friday, December 11, 2020 1:19 PM
**To:** Donovan, Caroline <cdonovan@foleyhoag.com>; McDonough, Joanna <jmcdonough@foleyhoag.com>
**Cc:** Justin Berger <JBerger@cpmlegal.com>; Sarah OFarrell <SOFarrell@cpmlegal.com>; Francisco Vazquez <FVazquez@cpmlegal.com>
**Subject:** RE: STF/Crescendo: Call Recap

**\*\*EXTERNAL\*\***

Hi Caroline,

I assure you we are working to produce the files.

We look forward to your next production.

Thank you,
Bethany

**Bethany Hill (Bio)**
**Attorney**
**COTCHETT PITRE & McCARTHY LLP**
**A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK**
840 Malcolm Road | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 697-0577 | bhill@cpmlegal.com

**CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

**From:** Donovan, Caroline <cdonovan@foleyhoag.com>
**Sent:** Thursday, December 10, 2020 5:58 AM
**To:** Bethany M. Hill <BHill@cpmlegal.com>; McDonough, Joanna <jmcdonough@foleyhoag.com>
**Cc:** Justin Berger <JBerger@cpmlegal.com>; Sarah OFarrell <SOFarrell@cpmlegal.com>; Francisco Vazquez <FVazquez@cpmlegal.com>
**Subject:** RE: STF/Crescendo: Call Recap

Bethany, I cannot understand the delay in producing patient files from a specified number of discrete patients. What is preventing the production of those documents, especially given that the protective order safeguards patient information?

As far as our productions, I hesitate to join the two given the vast discrepancies in burden, but know that we will be making the fourth of our rolling productions by Friday, December 18; so far, Crescendo has produced over 6,000 documents and 37,000 pages, and will continue to do so on a rolling basis.

Best,

Caroline

---

**From:** Bethany M. Hill <BHill@cpmlegal.com>
**Sent:** Tuesday, December 8, 2020 4:56 PM
**To:** Donovan, Caroline <cdonovan@foleyhoag.com>; McDonough, Joanna <jmcdonough@foleyhoag.com>
**Cc:** Justin Berger <JBerger@cpmlegal.com>; Sarah OFarrell <SOFarrell@cpmlegal.com>; Francisco Vazquez <FVazquez@cpmlegal.com>
**Subject:** RE: STF/Crescendo: Call Recap

**\*\*EXTERNAL\*\***

---

Hi Caroline,

We can produce the privilege log by December 15.

We cannot produce the patient files by that date. We will have a better sense of timing for those files next week.

Kindly confirm when we can expect the next substantive document production. The depositions have led us to discover that there should be significant quantities of additional relevant documents.

Many thanks,
Bethany

**Bethany Hill (Bio)**
**Attorney**
**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK
840 Malcolm Road | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 697-0577 | bhill@cpmlegal.com

**CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

---

**From:** Donovan, Caroline <cdonovan@foleyhoag.com>
**Sent:** Tuesday, December 8, 2020 1:43 PM
**To:** Bethany M. Hill <BHill@cpmlegal.com>; McDonough, Joanna <jmcdonough@foleyhoag.com>
**Cc:** Justin Berger <JBerger@cpmlegal.com>
**Subject:** RE: STF/Crescendo: Call Recap

Hi Bethany,

I am following up to the below: we require the privilege log and patient files, so can you please commit to providing those by December 15 so that we can prepare for our depositions?

Best, Caroline

---

**From:** Donovan, Caroline
**Sent:** Monday, November 30, 2020 1:59 PM
**To:** Bethany M. Hill <BHill@cpmlegal.com>; McDonough, Joanna <jmcdonough@foleyhoag.com>
**Cc:** Justin Berger <JBerger@cpmlegal.com>
**Subject:** RE: STF/Crescendo: Call Recap

Hi Bethany,

We will postpone both Dr. Gersh and Mr. Tygenhof's depositions until early January so that we have the patient files and privilege log. Can you please commit to getting us the patient files and privilege log by December 15 so we have those materials sufficiently in advance of their rescheduled deposition dates? We will provide new dates shortly.

Best, Caroline

---

**From:** Bethany M. Hill <BHill@cpmlegal.com>
**Sent:** Wednesday, November 25, 2020 5:26 PM
**To:** Donovan, Caroline <cdonovan@foleyhoag.com>; McDonough, Joanna <jmcdonough@foleyhoag.com>
**Cc:** Justin Berger <JBerger@cpmlegal.com>
**Subject:** RE: STF/Crescendo: Call Recap

**\*\*EXTERNAL\*\***

---

Hi Caroline,

I have confirmed that it is not possible to get the patient files or privilege log to you before Dr. Gersh's deposition. Realistically, due to the holidays and the time it will take to get the patient files together, we will be looking at January dates for Dr. Gersh's deposition. Please let us know if you would like to proceed with her currently scheduled deposition or move it to January, and if the latter, provide some dates that work for your team.

I will circle back on the other items.

Thanks,
Bethany


**Bethany Hill (Bio)**
**Attorney**
**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK
840 Malcolm Road | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 697-0577 | bhill@cpmlegal.com

**CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or

attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

---

**From:** Donovan, Caroline <cdonovan@foleyhoag.com>
**Sent:** Wednesday, November 25, 2020 8:14 AM
**To:** Bethany M. Hill <BHill@cpmlegal.com>; McDonough, Joanna <jmcdonough@foleyhoag.com>
**Cc:** Justin Berger <JBerger@cpmlegal.com>
**Subject:** RE: STF/Crescendo: Call Recap

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Bethany,

Thank you for speaking yesterday. In response to the below, it is important that you produce the patient files and privilege log no later than December 2, 2020 as the deposition of Dr. Gersh is scheduled to begin on December 7, 2020. If you cannot commit to providing the patient files and privilege log by December 2, 2020, please let us know by what date you will produce those materials, and we will reschedule Dr. Gersh's deposition accordingly.

With respect to the other items, I understood from our call yesterday that the earliest written communication between Dr. Gersh and Chris Riedel was the email dated April 11, 2016. Please produce that email. Also, please confirm that you searched all possible sources for communications (email, text, messaging platforms) and have identified no communications between Dr. Gersh and Chris Riedel before April 11, 2016. Regarding our search terms, they have been applied to email for a reasonably large group of individual custodians who are most likely to have materials responsive to your requests. We are running the terms against Microsoft Teams for the same individuals. We are separately collecting and producing responsive, non-privileged documents that are not located on email or Teams.

In connection with your deposition next week of Elise Brady, have you identified a court reporter? We'd like to arrange a demo of the platform with the court reporter service in advance of the deposition. We should also discuss how exhibits will be used at deposition, and more practically, deposition numbering (we'd favor consecutive numbering across depositions).

Finally, we will provide you alternate dates for Jennifer Oh-Perez shortly.

Best, Caroline

**Caroline S. Donovan | Partner**
**Pronouns: she, her, hers**



Seaport West | 155 Seaport Boulevard | Boston, Massachusetts 02210-2600
617 832 1165 direct | 617 832 1000 main
cdonovan@foleyhoag.com | www.foleyhoag.com

**Connect with Me on LinkedIn® | Follow Our White Collar and Government Investigations Blog**

**Foley Hoag COVID-19 Task Force**

**From:** Bethany M. Hill <BHill@cpmlegal.com>
**Sent:** Tuesday, November 24, 2020 3:55 PM
**To:** Donovan, Caroline <cdonovan@foleyhoag.com>; McDonough, Joanna <jmcdonough@foleyhoag.com>
**Cc:** Justin Berger <JBerger@cpmlegal.com>
**Subject:** STF/Crescendo: Call Recap

**\*\*EXTERNAL\*\***

Hi Caroline and Joanna,

Thank you for the call this morning. Please find below a summary of our conversation and follow up on outstanding points:

1. Information in Dr. Gersh's patient files regarding Vectra test. I will be following up with Dr. Gersh today regarding obtaining that information.
2. Communications between Dr. Gersh and Chris Riedel. Dr. Gersh and Chris Riedel did not know each other before their introductions to form STF for the purposes of litigation. Therefore, all communications between them will be privileged, as all were made in anticipation of litigation. We suggest that you ask them all questions you believe are relevant regarding their communications in their depositions.
3. Privilege log. We will do our best to get you a privilege log expediently. However, we cannot guarantee it will be finished before Dr. Gersh's deposition.
4. Running the search term list against Crescendo's systems. We confirmed that you have run the search term list against Crescendo's email and Microsoft Team systems. I believe you also confirmed that you are running the search term list against Crescendo's servers / drives. Please confirm.
5. Oh-Perez's deposition. We cannot commit to completing the deposition by 2 pm on the 4th. Please provide us alternate dates when you can.

Many thanks,
Bethany

**Bethany Hill (Bio)**
**Attorney**
**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK
840 Malcolm Road | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 697-0577 | bhill@cpmlegal.com

**CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

Any tax advice included in this document and its attachments was not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Foley Hoag LLP immediately -- by replying to this message or by sending an email to postmaster@foleyhoag.com -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Foley Hoag LLP, please visit us at www.foleyhoag.com.