# **EXHIBIT 3**

**STF, LLC Privilege Log to Crescendo Bioscience**
December 15 ,2020

| Beginning Bates Number | Description | Redacted or Withheld? | Reason for Redaction |
|---|---|---|---|
| STFC00017 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00019 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00028 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00031 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00037 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00039 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00041 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00044 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00046 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00049 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00051 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00053 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00056 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00058 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00061 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00072 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00074 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00076 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00085 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00097 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00099 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00101 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |

**STF, LLC Privilege Log to Crescendo Bioscience**
December 15 ,2020

| | | | |
|---|---|---|---|
| STFC00103 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00104 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00112 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00118 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00125 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00130 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00147 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00149 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00150 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00163 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00170 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00175 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00282 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00284 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00449 | Attorney-Client Communication | Redacted | Attorney-Client Privilege |
| STFC00524 | Inter-Spouse Communication | Redacted | Spousal Privilege |
| STFC00549 | Inter-Spouse Communication | Redacted | Spousal Privilege |
| STFC00580 | Inter-Spouse Communication | Redacted | Spousal Privilege |
| STFC00583 | Inter-Spouse Communication | Redacted | Spousal Privilege |
| STFC00599 | Inter-Spouse Communication | Redacted | Spousal Privilege |
| STFC00623 | Inter-Spouse Communication | Redacted | Spousal Privilege |
| STFC00631 | Inter-Spouse Communication | Redacted | Spousal Privilege |