# **EXHIBIT 11**

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FACSIMILE (650) 697-0577
www.cpmlegal.com

LOS ANGELES               NEW YORK

March 9, 2021

**VIA E-MAIL AND MAIL**
Caroline S. Donovan; cdonovan@foleyhoag.com
Joanna Laing McDonough; jmcdonough@foleyhoag.com
Giselle J. Joffre; gjoffre@foleyhoag.com
Anthony D. Mirenda; adm@foleyhoag.com
**FOLEY HOAG LLP**
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Re:   *U.S., Cal., ex rel. STF, LLC v. Crescendo Bioscience, Inc. v. Myriad Genetics, Inc*., **C.A. No. 3:16-cv-02043-TSH (N.D. Cal.)**

Counsel:

On September 8, 2020, Relator STF, LLC served Request for Production of Document of Documents Set Two to Defendant Crescendo Bioscience, Inc. This left Crescendo with over six months to produce documents before the fact discovery cutoff of March 15, 2021. Other than a few document productions in 2020 numbering in the low thousands, Crescendo waited until 2021 to produce the bulk of its documents.

In total, Relator has received 58,696 documents from Crescendo. Between January 2021 and the date of this letter, Crescendo produced 47,225 of those documents. In the final month before discovery cut-off, Crescendo has produced 42,053 new documents to STF. Moreover, despite recent representations that all documents would be produced by the end of February, Crescendo has continued producing thousands of documents in March, with no indication of when the production will cease.

This late production of documents has left STF without the ability to engage in follow-up discovery on critical documents in the case, and to authenticate documents via depositions or Requests for Admission. To partially mitigate the prejudice your untimely productions have caused, we ask Crescendo to affirm the following: (i) all documents produced are true and accurate

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

March 9, 2021
Page 2

to the best of Crescendo's knowledge, and (ii) Crescendo will not object to the admissibility or authenticity of any document produced in these last-minute productions.

Sincerely,

*Bethany Hill*

BETHANY M. HILL

cc:    Justin Berger