**EXHIBIT 1**

**STF, LLC Privilege Log to Crescendo Bioscience**
Updated: March 16, 2021

| | Beginning Control Number: | To: | From: | CC: | Date: | Email Subject: | Description: | Reason for Withholding |
|---|---|---|---|---|---|---|---|---|
| 1 | 22094 | Chris Riedel | Felice Gersh | | 1/7/2020 | Re: Teva Pays $54 Million to Resolve Copaxone Doctor Bribery Claims | Client Work Product | Work Product |
| 2 | 24657 | Chris Riedel | Felice Gersh | | 8/13/2018 | Re: crescendo […][1] | Client Work Product | Work Product |
| 3 | 24659 | Chris Riedel | Felice Gersh | | 8/12/2018 | Re: crescendo […] | Client Work Product | Work Product |
| 4 | 29480 | Bob Tygenhof | Felice Gersh | | 7/24/2016 | Fwd: LLC Agreement | Client Work Product | Work Product |
| 5 | 29481 | | | | | Attachment: Riedel Signature | Client Work Product | Work Product |
| 6 | 29482 | | | | | Untitled Attachment | Client Work Product | Work Product |
| 7 | 29483 | | | | | Attachment: Operating Agreement | Client Work Product | Work Product |
| 8 | 29484 | | | | | Untitled Attachment | Client Work Product | Work Product |
| 9 | 29485 | Bob Tygenhof | Felice Gersh | | 7/24/2016 | Fwd: STF Operating Agreement – Redlines | Client Work Product | Work Product |

---

[1] Denotes redacted content.

**STF, LLC Privilege Log to Crescendo Bioscience**

Updated: March 16, 2021

| | Beginning Control Number: | To: | From: | CC: | Date: | Email Subject: | Description: | Reason for Withholding |
|---|---|---|---|---|---|---|---|---|
| 10 | 29486 | | | | | Attachment: Operating Agreement | Client Work Product | Work Product |
| 11 | 29487 | | | | | Untitled Attachment | Client Work Product | Work Product |
| 12 | 29493 | Bob Tygenhof | Felice Gersh | | 7/22/2016 | | Client Work Product | Work Product |
| 13 | 29494 | | | | | Attachment: Operating Agreement | Client Work Product | Work Product |
| 14 | 29495 | | | | | Untitled Attachment | Client Work Product | Work Product |
| 15 | 29530 | Felice Gersh | Chris Riedel | | 7/16/2016 | RE: […] | Client Work Product | Work Product |
| 16 | 29601 | Brian Maschler[2] | Felice Gersh | | 6/30/2016 | STF Operating Agreement--Redlines | Client Work Product | Work Product |
| 17 | 29602 | Felice Gersh | Brian Maschler | | 6/30/2016 | STF Operating Agreement--Redlines | Attorney-Client Work Product | Work Product |
| 18 | 29603 | | | | | Attachment: Operating Agreement | Client Work Product | Work Product |
| 19 | 29638 | Chris Riedel | Felice Gersh | | 6/15/2016 | Re: LLC Agreement | Client Work Product | Work Product |
| 20 | 29639 | Felice Gersh | Chris Riedel | | 6/15/2016 | Re: LLC Agreement | Client Work Product | Work Product |

---

[2] Attorney

**STF, LLC Privilege Log to Crescendo Bioscience**
Updated: March 16, 2021

| | Beginning Control Number: | To: | From: | CC: | Date: | Email Subject: | Description: | Reason for Withholding |
|---|---|---|---|---|---|---|---|---|
| 21 | 29640 | | | | | Attachment: Riedel Signature | Client Work Product | Work Product |
| 22 | 29641 | | | | | Attachment: Operating Agreement | Client Work Product | Work Product |
| 23 | 29655 | Felice Gersh | Brian Maschler | | 6/9/2016 | RE: STF Operating Agreement--Redlines | Attorney-Client Communication | Attorney-Client Privilege |
| 24 | 29656 | Brian Maschler | Felice Gersh | | 6/9/2016 | RE: STF Operating Agreement--Redlines | Attorney-Client Communication | Attorney-Client Privilege |
| 25 | 29657 | Chris Riedel, Jon Michaelson[3] | Brian Maschler | Felice Gersh | 6/9/2016 | FW: STF Operating Agreement--Redlines | Attorney-Client Communication | Attorney-Client Privilege |
| 26 | 29658 | | | | | Attachment: Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 27 | 29865 | Chris Riedel | Felice Gersh | | 5/2/2016 | The LLC Agreement | Client Work Product | Work Product |
| 28 | 29866 | | | | | Attachment: Operating Agreement | Client Work Product | Work Product |
| 29 | 29867 | | | | | Untitled Attachment | Client Work Product | Work Product |

---

[3] Attorney

**STF, LLC Privilege Log to Crescendo Bioscience**
Updated: March 16, 2021

| | **Beginning Control Number:** | **To:** | **From:** | **CC:** | **Date:** | **Email Subject:** | **Description:** | **Reason for Withholding** |
|---|---|---|---|---|---|---|---|---|
| 30 | 29868 | Brian Maschler | Felice Gersh | | 5/2/2016 | STF Operating Agreement […] | Attorney-Client Communication | Attorney-Client Privilege |
| 31 | 29869 | Felice Gersh | Brian Maschler | | 5/2/2016 | STF Operating Agreement […] | Attorney-Client Communication | Attorney-Client Privilege |
| 32 | 29870 | | | | | Attachment: Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 33 | 30079 | Felice Gersh | Felice Gersh | | 4/6/2016 | STF – California LLC Agreement – […] | Client Work Product | Work Product |
| 34 | 30080 | | | | | Attachment: Operating Agreement | Client Work Product | Work Product |
| 35 | 30081 | | | | | Untitled Attachment | Client Work Product | Work Product |
| 36 | 30082 | Felice Gersh | Felice Gersh | | 4/6/2016 | STF – California LLC Agreement – […] | Client Work Product | Work Product |
| 37 | 30083 | | | | | Attachment: Operating Agreement | Client Work Product | Work Product |
| 38 | 30084 | | | | | Untitled Attachment | Client Work Product | Work Product |
| 39 | 30158 | Brian Maschler | Felice Gersh | | 3/30/2016 | Re: STF Operating Agreement-- Redlines | Attorney-Client Communication | Attorney-Client Privilege |

**STF, LLC Privilege Log to Crescendo Bioscience**
Updated: March 16, 2021

| | Beginning Control Number: | To: | From: | CC: | Date: | Email Subject: | Description: | Reason for Withholding |
|---|---|---|---|---|---|---|---|---|
| 40 | 30159 | Felice Gersh | Brian Maschler | | 3/30/2016 | STF Operating Agreement--Redlines | Attorney-Client Communication | Attorney-Client Privilege |
| 41 | 30160 | | | | | Attachment: Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 42 | 30184 | Chris Riedel | Felice Gersh | | 3/28/2016 | Re: Thank you | Client Work Product | Work Product |
| 43 | 30185 | Felice Gersh | Chris Riedel | | 3/28/2016 | Re: Thank you | Client Work Product | Work Product |
| 44 | 30234 | Chris Riedel | Felice Gersh | | 3/25/2016 | Re: Thank you | Client Work Product | Work Product |
| 45 | 30235 | Felice Gersh | Chris Riedel | | 3/25/2016 | Re: Thank you | Client Work Product | Work Product |
| 46 | 30236 | | | | | Attachment: Stop the Fraud | Client Work Product | Work Product |
| 47 | 30243 | Chris Riedel | Felice Gersh | | 3/24/2016 | Re: STF | Client Work Product | Work Product |
| 48 | 30244 | Felice Gersh | Chris Riedel | Jon Michaelson, Brian Maschler | 3/24/2016 | RE: STF | Attorney-Client Communication | Work Product |
| 49 | 30245 | Chris Riedel | Felice Gersh | Jon Michaelson, Brian Maschler | 3/24/2016 | Re: STF | Attorney-Client Communication | Work Product |
| 50 | 30246 | Felice Gersh | Brian Maschler | | 3/24/2016 | STF Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 51 | 30247 | Brian Maschler | Felice Gersh | | 3/24/2016 | STF Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |

STF, LLC Privilege Log to Crescendo Bioscience
Updated: March 16, 2021

| | Beginning Control Number: | To: | From: | CC: | Date: | Email Subject: | Description: | Reason for Withholding |
|---|---|---|---|---|---|---|---|---|
| 52 | 30248 | Brian Maschler | Felice Gersh | | 3/24/2016 | Fwd: STF | Attorney-Client Communication | Attorney-Client Privilege |
| 53 | 30249 | | | | | Attachment: Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 54 | 30250 | | | | | Untitled Attachment | Attorney-Client Communication | Attorney-Client Privilege |
| 55 | 30251 | Felice Gersh | Chris Riedel | Jon Michaelson | 3/24/2016 | FW: STF | Client Work Product | Work Product |
| 56 | 30252 | | | | | Attachment: Operating Agreement | Client Work Product | Work Product |
| 57 | 30253 | Brian Maschler | Felice Gersh | | 3/23/2016 | Re: STF Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 58 | 30254 | Felice Gersh | Brian Maschler | | 3/23/2016 | Re: STF Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 59 | 30255 | Brian Maschler | Felice Gersh | | 3/23/2016 | Re: STF Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 60 | 30261 | Brian Maschler | Felice Gersh | | 3/23/2016 | Re: STF Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 61 | 30262 | Felice Gersh | Brian Maschler | | 3/23/2016 | FW: STF Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 62 | 30263 | | | | | Attachment: Image001 | Attorney-Client Communication | Attorney-Client Privilege |

**STF, LLC Privilege Log to Crescendo Bioscience**
Updated: March 16, 2021

| | Beginning Control Number: | To: | From: | CC: | Date: | Email Subject: | Description: | Reason for Withholding |
|---|---|---|---|---|---|---|---|---|
| 63 | 30264 | | | | | Attachment: ATT00001 | Attorney-Client Communication | Attorney-Client Privilege |
| 64 | 30265 | | | | | Attachment: ATT00002 | Attorney-Client Communication | Attorney-Client Privilege |
| 65 | 30266 | | | | | Attachment: Operating Agreement | Attorney-Client Communication | Attorney-Client Privilege |
| 66 | 35305 | Robert Tygenhof | Felice Gersh | | 2/23/2021 | STF | Client Work Product | Work Product |
| 67 | 35306 | | | | | Attachment: […] | Client Work Product | Work Product |
| 68 | 35307 | | | | | Attachment: […] | Client Work Product | Work Product |
| 69 | 35332 | Felice Gersh | Robert Tygenhof | | 2/16/2021 | STF | Client Work Product | Work Product |
| 70 | 35437 | Robert Tygenhof | Felice Gersh | | 1/25/2021 | Re: STF | Client Work Product | Work Product |
| 71 | 35438 | | | | | Attachment: Image001 | Client Work Product | Work Product |
| 72 | 35439 | Felice Gersh | Robert Tygenhof | | 1/25/2021 | RE: STF | Client Work Product | Work Product |
| 73 | 35440 | Robert Tygenhof | Felice Gersh | | 1/25/2021 | Re: STF | Client Work Product | Work Product |
| 74 | 35441 | | | | | Attachment: Image001 | Client Work Product | Work Product |
| 75 | 35442 | Felice Gersh | Robert Tygenhof | | 1/25/2021 | STF | Client Work Product | Work Product |
| 76 | 35460 | Robert Tygenhof | Felice Gersh | | 1/18/2021 | Re: Quest seminar | Client Work Product | Work Product |

**STF, LLC Privilege Log to Crescendo Bioscience**
Updated: March 16, 2021

|    | **Beginning Control Number:** | **To:** | **From:** | **CC:** | **Date:** | **Email Subject:** | **Description:** | **Reason for Withholding** |
|----|---|---|---|---|---|---|---|---|
| 77 | 35461 | | | | | Attachment: Image001 | Client Work Product | Work Product |
| 78 | 35462 | Felice Gersh | Robert Tygenhof | | 1/18/2021 | Quest seminar | Client Work Product | Work Product |
| 79 | 35591 | Robert Tygenhof | Felice Gersh | | 12/22/2020 | STF | Client Work Product | Work Product |
| 80 | 35592 | | | | | Attachment: […] | Client Work Product | Work Product |
| 81 | 35593 | | | | | Attachment: […] | Client Work Product | Work Product |
| 82 | 37081 | Robert Tygenhof | Felice Gersh | | 12/22/2020 | STF | Client Work Product | Work Product |
| 83 | 37082 | | | | | Attachment: […] | Client Work Product | Work Product |
| 84 | 37083 | | | | | Attachment: […] | Client Work Product | Work Product |