NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CRESCENDO BIOSCIENCE, INC., a Delaware corporation; and MYRIAD GENETICS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 3:16-cv-02043-TSH<br><br>**ATTESTATION OF ROBERT TYGENHOF REGARDING COLLECTION OF DOCUMENTS** |

# ATTESTATION OF ROBERT TYGENHOF

I, ROBERT TYGENHOF, hereby declare:

1. I am the husband of Dr. Felice Gersh, who is a member of Relator STF, LLC ("Relator") in the instant matter.

2. I am an employee at Integrative Medical Group of Irvine ("IMGI"), where Dr. Gersh maintains her practice.

3. I have personal knowledge of records collection efforts in the instant case. I attest to the following:

4. On or about October 17, 2016, a team of attorneys and paralegals from Cotchett, Pitre & McCarthy, LLP ("CPM") worked with me to facilitate a search of my IMGI email account (rtygenhof@integrativemgi.com) and gather any hard-copy documents or non-e-mail ESI in my possession.

5. Over the course of the next several years, as Dr. Gersh or I had communications with Crescendo, we forwarded those communications to CPM.

6. On March 11, 2021, a team from CPM conducted a final search of my IMGI email account. I gave CPM direct access to my account.

7. Based on my role in the IMGI practice, and limited interaction with Crescendo personnel, I believe the efforts described above should have resulted in the production of all my responsive documents.

8. In March 2016, at the outset of our Dr. Gersh's engagement with CPM as a member of Relator, we took efforts to ensure that all communications and documents related to Crescendo and any other labs under investigation whether made from her personal accounts, or through her practice, IMGI (which would include me), were preserved and/or provided to CPM. As part of those efforts, IMGI ensured that any auto-delete functions were turned off. As a medical practice, I believe IMGI's existing document retention policies aligned with the needs of litigation.

///
///
///

9. I have complied with all litigation holds and document retention policies.

I declare under penalty of perjury under the laws of the California that the foregoing is true and correct to the best of my knowledge. Executed in Irvine, California on this __2__ day of April, 2021.

_____
ROBERT TYGENHOF

ATTESTATION OF ROBERT TYGENHOF REGARDING COLLECTION OF DOCUMENTS; Case No. 3:16-cv-02043-TSH

2