NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CRESCENDO BIOSCIENCE, INC., a Delaware corporation; and MYRIAD GENETICS, INC., a Delaware corporation,<br><br>　　　　　Defendants. | CASE NO. 3:16-cv-02043-TSH<br><br>**JOINT STATEMENT RE: MAGISTRATE JUDGE THOMAS S. HIXON'S DISCOVERY ORDER ON APRIL 2, 2021** |

In accordance with the Court's Discovery Order dated April 2, 2021, the Parties hereby report that there is no dispute regarding Relator's Updated First Privilege Log and Updated Second Privilege Log, served on April 9, 2021.

Dated: April 16, 2021

**COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Justin T. Berger*
NIALL P. McCARTHY
JUSTIN T. BERGER
BETHANY HILL

*Attorneys for Relator STF, LLC*

Dated: April 16, 2021

**FOLEY HOAG LLP**

By: */s/ Kelly Caiazzo*
CAROLINE DONOVAN
GISELLE J. JOFFRE
JOANNA MCDONOUGH
KELLY CAIAZZO

GREENBERG TRAURIG, LLP
CAROLYN F. McNIVEN
JEREMY P. PALMER
BRIAN Q. HALL

*Attorneys for Defendants Crescendo Bioscience, Inc. and Myriad Genetics, Inc.*