GISELLE J. JOFFRE (admitted pro hac vice)
gjoffre@foleyhoag.com
CAROLINE S. DONOVAN (admitted pro hac vice)
cdonovan@foleyhoag.com
JOANNA MCDONOUGH (admitted pro hac vice)
jmcdonough@foleyhoag.com
KELLY CAIAZZO (admitted pro hac vice)
kcaiazzo@foleyhoag.com
**FOLEY HOAG LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:    (617) 832-1000
Facsimile:    (617) 832-7000
CAROLYN F. McNIVEN, (SBN 163639)
mcnivenc@gtlaw.com
JEFFREY P. PALMER (SBN 229314)
palmerj@gtlaw.com
BRIAN Q. HALL (SBN 318209)
hallbri@gtlaw.com
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1270
Facsimile: (415) 707- 2010

*Attorneys for Defendants Crescendo
Bioscience, Inc. and Myriad Genetics, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA; STATE OF CALIFORNIA;** *ex rel.* **STF, LLC, an organization,**<br><br>Plaintiffs,<br><br>v.<br><br>**CRESCENDO BIOSCIENCE, INC., a Delaware Corporation, and MYRIAD GENETICS, INC., a Delaware Corporation,**<br><br>Defendants. | **CASE NO. 3:16-cv-02043-TSH**<br><br>[~~PROPOSED~~] **ORDER** |

**[PROPOSED] ORDER; Case No. 3:16-cv-02043-TSH**

1

1  Defendants' Motion for Entry of Order is GRANTED. The Federal Bureau of Investigation
2  ("FBI") is authorized to produce in discovery in this action records that may be subject to the Privacy
3  Act, 5 U.S.C. § 552a, without obtaining a written request by, or prior written consent of, the
4  individuals to whom such records or information pertain. This order constitutes a limited
5  authorization to the FBI and its agents and employees to disclose records that may be protected by the
6  Privacy Act pursuant to 5 U.S.C. § 552a (b)(11). This order does not affect the FBI's or the United
7  States's ability to object to producing, or to withhold, in whole or in part, such records on any other
8  grounds.

9  Pursuant to the Court's July 15, 2020 Stipulated Protective Order (Dkt. No. 75), the FBI may
10 designate as Protected Material information or items produced in discovery in this action.

**IT IS SO ORDERED.**

Dated: __May 24, 2021_____

_____
THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER; Case No. 3:16-cv-02043-TSH