1  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
2  BETHANY M. HILL (SBN 326358)
   bhill@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
4  840 Malcolm Road
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6
7  *Attorneys for Relator*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>        Plaintiffs,<br><br>   v.<br><br>CRESCENDO BIOSCIENCE, INC., a Delaware Corporation, and MYRIAD GENETICS, INC, a Delaware Corporation,<br><br>        Defendants. | CASE NO. 3:16-cv-02043-TSH<br><br>**NOTICE OF WITHDRAWAL OF ERIC J. BUESCHER AS COUNSEL FOR RELATOR STF, LLC** |

1  TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE THAT after July 1, 2021, Eric J. Buescher will no longer be an
4  attorney at the law firm of Cotchett, Pitre & McCarthy, LLP and therefore hereby withdraws as
5  counsel for Relator STF, LLC. Mr. Buescher should be removed from the Court's service list with
6  respect to this action. Attorneys at the law firm of Cotchett, Pitre & McCarthy, LLP continue to
7  represent Relator STF, LLC as reflected on the service list and should continue to receive filings in
8  this action accordingly.
9
10 Dated: July 1, 2021        **COTCHETT, PITRE & McCARTHY, LLP**
11
12         By:   */s/ Eric J. Buescher*
        JUSTIN T. BERGER
13         ERIC J. BUESCHER
        BETHANY M. HILL
14         *Attorneys for Relator STF, LLC*
15
16
17
18
19
20
21
22
23
24
25
26
27
28