

*Seaport West*
*155 Seaport Boulevard*
*Boston, MA 02210-2600*

*617.832.1000 main*
*617.832.7000 fax*

Giselle J. Joffre
617-832-1173 direct
gjoffre@foleyhoag.com

September 2, 2021

*Via ECF Filing*

The Honorable Thomas S. Hixson

      Re:    *United States* et al. ex rel. *STF, LLC v. Crescendo Bioscience, Inc.* et al.,
              **Case No. 16-cv-02043-TSH**

Your Honor:

      On behalf of Crescendo Bioscience, Inc. ("Crescendo") and Myriad Genetics, Inc., we write to clarify one point addressed during today's discovery hearing, *see* Dkt. No. 129, concerning the Joint Statement submitted as Docket Entry No. 122. Relator claims that Crescendo has an obligation to produce documents concerning the sale of Vectra to LabCorp in response to Relator's Requests for Production Nos. 6 and 24. *See* Dkt. No. 122 at 3.

      However, in response to those requests, Crescendo expressly objected to providing "documents concerning contracts *other than SPAs concerning the Vectra test*" and "documents concerning the negotiation of contracts *other than SPAs concerning the Vectra test*." Dkt. No. 122, Exhibit 3, at 7, 20 (emphasis added). "SPA(s)" is clearly defined as "'Serum,' 'Specimen,' or 'Sample,' 'Processing Agreement(s)' concerning processing services in connection with Crescendo's Vectra test, as alleged and described in paragraph 37 of Relator's First Amended Complaint." *Id.* at 5. Any asset purchase agreement between Crescendo and LabCorp is not a Specimen Processing Agreement. Therefore, in addition to the other reasons as set forth in the Joint Statement and during the discovery hearing, Crescendo states that it made clear at the time of its objections that it would not be producing any agreements, or negotiations concerning agreements, other than Specimen Processing Agreements in response to RFP Nos. 6 and 24, and it has no obligation to produce documents concerning the sale of Vectra to LabCorp.

                                                                         Sincerely,

                                                                       Giselle J. Joffre

                                                                       *Counsel for Crescendo Bioscience, Inc. and*
                                                                       *Myriad Genetics, Inc.*