JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CRESCENDO BIOSCIENCE, INC., a Delaware corporation; and MYRIAD GENETICS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 3:16-cv-02043-TSH<br><br>**JOINT NOTICE OF PROPOSED SETTLEMENT** |

# JOINT NOTICE OF PROPOSED SETTLEMENT

Relator STF, LLC ("Relator"), and Defendants Crescendo Bioscience, Inc. and Myriad Genetics, Inc. ("Defendants"), hereby give notice that at a mediation session with Prof. Eric Green on September 9, 2021, the Parties reached a comprehensive settlement of all claims in this action, subject to the negotiation of mutually agreeable settlement documentation and approval by the United States Department of Justice (DOJ), California Attorney General (CA DOJ), and California Department of Insurance (CDI). The Parties executed a term sheet on the day of the mediation, and have begun the process of drafting long-form settlement agreements.

In the Parties' experience, the timeline for approval of *qui tam* settlement agreements from the government entities varies dramatically, but typically ranges from 30 to 90 days.

The Parties accordingly request that all pre-trial deadlines and the trial date be <u>vacated</u>. The Parties will provide an update to the Court within 90 days, by which time the Parties hope to have received approval from the government, or a more definitive timeline for expected government approval.

Dated: September 15, 2021                    **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Justin T. Berger*
         JUSTIN T. BERGER
         BETHANY HILL

*Attorneys for Relator STF, LLC*

Dated: September 15, 2021                    **FOLEY HOAG LLP**

By:   */s/ Giselle J. Joffre*
         CAROLINE DONOVAN
         GISELLE J. JOFFRE
         JOANNA MCDONOUGH
         KELLY CAIAZZO

**GREENBERG TRAURIG, LLP**
         CAROLYN F. McNIVEN
         JEREMY P. PALMER
         BRIAN Q. HALL

*Attorneys for Defendants Crescendo Bioscience, Inc. and Myriad Genetics, Inc.*