United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CRESCENDO BIOSCIENCE, INC., et al.,<br><br>Defendants. | Case No. 16-cv-02043-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 134. Accordingly, the Court **VACATES** all pre-trial deadlines and the trial date. The parties shall file a joint status report by December 15, 2021.

**IT IS SO ORDERED.**

Dated: September 15, 2021

THOMAS S. HIXSON
United States Magistrate Judge