JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CRESCENDO BIOSCIENCE, INC., a Delaware corporation; and MYRIAD GENETICS, INC., a Delaware corporation,<br><br>　　　　　Defendants. | CASE NO. 3:16-cv-02043-TSH<br><br>**JOINT STATUS REPORT** |

# JOINT STATUS REPORT

Pursuant to the Court's September 15, 2021 Order Re: Notice of Settlement (Doc. No. 135), Relator STF, LLC, and Defendants Crescendo Bioscience, Inc. and Myriad Genetics, Inc., hereby submit this joint status report. The Parties have been working diligently to prepare settlement documents and secure the necessary government approvals of the settlement. The Parties suggest a further update in 45 days, by which point the Parties hope to have full government approval.

Respectfully submitted,

Dated: December 15, 2021　　　　**COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Justin T. Berger*
　　JUSTIN T. BERGER
　　BETHANY HILL

*Attorneys for Relator STF, LLC*

Dated: December 15, 2021　　　　**FOLEY HOAG LLP**

By: */s/ Caroline Donovan*
　　CAROLINE DONOVAN
　　GISELLE J. JOFFRE
　　JOANNA MCDONOUGH
　　KELLY CAIAZZO

**GREENBERG TRAURIG, LLP**
　　CAROLYN F. McNIVEN
　　JEREMY P. PALMER
　　BRIAN Q. HALL

*Attorneys for Defendants Crescendo Bioscience, Inc. and Myriad Genetics, Inc.*