BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7180
    Facsimile: (415) 436-7169
    Email:  Michelle.Lo@usdoj.gov

JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
KIMBERLY FRIDAY
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 451-7655
    Kimberly.i.Friday@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>Plaintiff(s),<br><br>v.<br><br>CRESCENDO BIOSCIENCE, INC., a Delaware corporation; and MYRIAD GENETICS, INC., a Delaware corporation,<br><br>Defendants. | Case No.  16-cv-02043-TSH<br><br>**UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL** |

On April 18, 2022, Plaintiff-Relator STF, LLC and defendants Crescendo Bioscience, Inc. and Myriad Genetics, Inc. filed a Stipulation of Voluntary Dismissal of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice as to the United States, based on its determination that such a dismissal is commensurate with the public interest.

The United States requests that the sealed papers on file in this action (*see* ECF No. 27) remain under seal after the case is closed. In discussing the content and extent of the United States' investigation, such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

STEPHANIE M. HINDS
United States Attorney

Dated: April 18, 2022            By:   /s/ *Michelle Lo*
                                       MICHELLE LO
                                       Assistant United States Attorney

Dated: April 18, 2022            By:   /s/ *Kimberly Friday*
                                       JAMIE ANN YAVELBERG
                                       PATRICIA L. HANOWER
                                       KIMBERLY FRIDAY
                                       Civil Division, U.S. Department of Justice

                                       Attorneys for the United States of America

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Michelle Lo, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.