GISELLE J. JOFFRE (admitted pro hac vice)
gjoffre@foleyhoag.com
CAROLINE S. DONOVAN (admitted pro hac vice)
cdonovan@foleyhoag.com
JOANNA MCDONOUGH (admitted pro hac vice)
jmcdonough@foleyhoag.com
**FOLEY HOAG LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:   (617) 832-1000
Facsimile:   (617) 832-7000

CAROLYN F. McNIVEN (SBN 163639)
mcnivenc@gtlaw.com
JEFFREY P. PALMER (SBN 229314)
palmerj@gtlaw.com
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
SAN FRANCISCO, CA 94111
Telephone: (415) 655-1270
Facsimile: (415) 707- 2010

Attorneys for Defendants
CRESCENDO BIOSCIENCE, INC. AND
MYRIAD GENETICS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CRESCENDO BIOSCIENCE, INC., a Delaware corporation; and MYRIAD GENETICS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:16-cv-02043-TSH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER** |

1 | Plaintiff-Relator STF, LLC ("Relator") filed this action under the qui tam provision of the False Claims Act, 31 U.S.C. § 3729, et seq., against Crescendo Bioscience, Inc. ("Crescendo"), and Myriad Genetics, Inc. ("Myriad" and with Crescendo, "Defendants"). Collectively, Relator and Defendants are referred to as "the Parties." Pursuant to Fed. R. Civ. P. 41(a) and the qui tam provision of the False Claims Act, 31 U.S.C. § 3730(b)(1), the Parties hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice as to Relator and the State of California and without prejudice as to the United States, pursuant and subject to the Civil Settlement Agreement, CFCA Settlement Agreement, and CIFPA Settlement Agreement entered into by the Parties.

The United States, which elected not to intervene in this action, has agreed to provide written consent to the dismissal of this action with prejudice as to Relator and without prejudice as to the United States pursuant to 31 U.S.C. § 3730(b)(1). The State of California, which elected not to intervene in this action, has agreed to the dismissal of this action with prejudice as to Relator and the State of California pursuant to Cal. Gov. Code § 12651(c)(1) and Cal. Ins. Code § 1871.7(e)(1). The Parties respectfully request that the Court permit time for the United States and the State of California to file written consent to the dismissal of this action.

The Parties respectfully request that, after the United States and the State of California file written consent to the dismissal of this action, the Court enter an order in the form of the Proposed Order attached to this Stipulation.

The Parties stipulate that the Court shall retain continued jurisdiction to enforce all terms of the Civil Settlement Agreement, CFCA Settlement Agreement, and CIFPA Settlement Agreement.

[Signatures on following page]

Respectfully Submitted,

Dated: April 18, 2022

*/s/Justin Berg*

Justin Berger
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
849 Malcom Road, Suite 200
Burlingame, CA 94010
Counsel for Relator

Dated: April 18, 2022

*/s/Giselle J. Joffre*

Giselle J. Joffre
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Counsel for Defendants

# [PROPOSED] ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), Relator STF, LLC (the "Relator") and Defendants Crescendo Bioscience, Inc. ("Crescendo"), and Myriad Genetics, Inc. ("Myriad" and with Crescendo, "Defendants") filed a Stipulation of Dismissal as to all claims filed against Defendants in action. Pursuant to 31 U.S.C. § 3730(b)(1), Cal. Gov. Code § 12651(c)(1) and Cal. Ins. Code § 1871.7(e)(1), the United States and the State of California, which elected not to intervene in this action, filed a written consent to dismissal of this action with prejudice as to Relator and without prejudice as to the United States and the State of California. Upon due consideration of the Stipulation, the consent filed by the United States and the State of California, and the other papers on file in this action,

**IT IS HEREBY ORDERED** that all claims asserted against Defendants in this action shall be dismissed with prejudice as to Relator and the State of California and without prejudice as to the United States.

**IT IS SO ORDERED**.

Dated: May 4, 2022

_____
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document have concurred in its filing.

Dated:  April 18, 2022                                  By: */s/Jeffrey P. Palmer*
                                                                           Jeffrey P. Palmer